1  Jonathan G. Fetterly (State Bar No. 228612)
   Email: jon.fetterly@hro.com
2  Jordan Susman (State Bar No. 246116)
   Email: jordan.susman@hro.com
3  HOLME ROBERTS & OWEN LLP
   777 South Figueroa Street, Suite 2800
4  Los Angeles, CA  90017-5826
   Telephone:  (213) 572-4300
5  Facsimile:   (213) 572-4400
6

7  Attorney for Plaintiffs
   UMG RECORDINGS, INC.; LAFACE
8  RECORDS LLC; SONY BMG MUSIC
   ENTERTAINMENT; and INTERSCOPE
9  RECORDS

10

11

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14

15  UMG RECORDINGS, INC., a Delaware      Case No.:  CV08-02789 AHM
    corporation; LAFACE RECORDS LLC,
16  a Delaware limited liability company;   **COMPLAINT FOR COPYRIGHT**
    SONY BMG MUSIC                          **INFRINGEMENT**
17  ENTERTAINMENT, a Delaware general
    partnership; and INTERSCOPE
18  RECORDS, a California general
    partnership,
19
                  Plaintiffs,
20
       vs.
21
    MIKEISHA BAKER,
22
                  Defendant.
23

24

25

26

27

28

**JURISDICTION AND VENUE**

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.*).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.      This Court has personal jurisdiction over the Defendant, Mikeisha Baker, and venue in this District is proper under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400, because, on information and belief, the Defendant resides in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.

**PARTIES**

4.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5.      Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

7.      Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

8.      Plaintiffs are informed and believe that Defendant is an individual who resided in Hawthorne, California, within this District at the time of the infringement complained of herein.  Upon information and belief, Defendant may still be found in this District.

1

## COUNT I
### INFRINGEMENT OF COPYRIGHTS

9.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

10.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").     Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights, for which the Plaintiffs are the owners as specified on Exhibit A.

11.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

12.     Much of the unlawful distribution of copyrighted sound recordings over the Internet occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems.  P2P networks, at least in their most popular form, refer to computer systems or processes that enable Internet users to search for files (including audio recordings) stored on other users' computers and transfer exact copies of files from one computer to another via the Internet, which can include both downloading an exact copy of that file onto the user's own computer and distributing an exact copy of that file to other Internet users on the same P2P network.  P2P networks enable users who otherwise would have no connection with, or knowledge of, each other to provide a sophisticated search mechanism by which users can locate these files for downloading and to reproduce and distribute files off of their personal computers.

2

13.    Users of P2P networks who distribute files over a network can be identified by using Internet Protocol ("IP") addresses because the unique IP address of the computer offering the files for distribution can be captured by another user during a search or a file transfer.  Users of P2P networks can be identified by their IP addresses because each computer or network device (such as a router) that connects to a P2P network must have a unique IP address within the Internet to deliver files from one computer or network device to another.  Two computers cannot effectively function if they are connected to the Internet with the same IP address at the same time.

14.    Plaintiffs identified an individual using LimeWire on the P2P network Gnutella at IP address 128.120.58.67 on February 25, 2007 at 23:31:20 EST distributing 553 audio files over the Internet.  The Defendant was identified as the individual responsible for that IP address at that date and time.  Plaintiffs are informed and believe that as of February 25, 2007, Defendant, without the permission or consent of Plaintiffs, had continuously used, and continued to use, a P2P network to download and/or distribute to the public the Copyrighted Recordings.  Exhibit A identifies the date and time of capture and a list of Copyrighted Recordings that Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public.  Through Defendant's continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, which acts Plaintiffs believe to have been ongoing for some time, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

15.    In addition to the sound recordings listed on Exhibit A, Plaintiffs are informed and believe that Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing.

1    16.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C.
2  § 401 on each respective album cover of each of the sound recordings identified in
3  Exhibit A. These notices of copyright appeared on published copies of each of the sound
4  recordings identified in Exhibit A.  These published copies were widely available, and
5  each of the published copies of the sound recordings identified in Exhibit A was
6  accessible by Defendant.

7    17.    Plaintiffs are informed and believe that the foregoing acts of infringement
8  have been willful and intentional, in disregard of and indifference to the rights of
9  Plaintiffs.

10    18.    As a result of Defendant's infringement of Plaintiffs' copyrights and
11 exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to
12 17 U.S.C.  § 504(c)  for  Defendant's  infringement  of  each  of  the  Copyrighted
13 Recordings.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to
14 17 U.S.C. § 505.

15    19.    The conduct of Defendant is causing and, unless enjoined and restrained by
16 this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully
17 be compensated or measured in money.  Plaintiffs have no adequate remedy at law.
18 Pursuant to 17 U.S.C.  §§ 502 and 503, Plaintiffs are entitled to injunctive relief
19 prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering
20 Defendant to destroy all copies of sound recordings made in violation of Plaintiffs'
21 exclusive rights.

22    WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

23        1.    For an injunction providing:

24        "Defendant shall be and hereby is enjoined from directly or
         indirectly infringing Plaintiffs' rights under federal or state
25        law in the Copyrighted Recordings and any sound recording,
         whether now in existence or later created, that is owned or
26        controlled by Plaintiffs (or any parent, subsidiary, or affiliate
         record label of Plaintiffs) ("Plaintiffs' Recordings"), including
27        without limitation by using the Internet or any online media

28                                    4

distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Dated:    April 29, 2008

JONATHAN G. FETTERLY
JORDAN SUSMAN
HOLME ROBERTS & OWEN LLP

By: _____
Jonathan G. Fetterly
Jordan Susman
Attorney for Plaintiffs
UMG RECORDINGS, INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS

5

# EXHIBIT A

## MIKEISHA BAKER

**IP Address:** 128.120.58.67 2007-02-25 23:31:20 EST          **CASE ID#** 119714114

**P2P Network:** Gnutella          **Total Audio Files:** 553

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | Back For the First Time | 289-433 |
| UMG Recordings, Inc. | Keke Wyatt | Nothing In This World | Soul Sista | 303-159 |
| LaFace Records LLC | Pink | There You Go | Can't Take Me Home | 279-958 |
| SONY BMG MUSIC ENTERTAINMENT | B2K | Gots Ta Be | B2K | 308-430 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Interscope Records | Eve | Love Is Blind | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV08- 2789 AHM (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MIKEISHA BAKER<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 08-02789 AHM VBKx<br><br>**SUMMONS** |

TO:     THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiffs' attorney, whose address is:

Jonathan G. Fetterly (SBN: 228612)          Phone:  (213) 572-4300
Jordan Susman (SBN:  246116)               Fax:  (213) 572-4400
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826

an answer to the  ☒ complaint  ☐ _____ amended complaint  ☐ counterclaim  ☐ cross-claim which is herewith served upon you within 20 days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated:     APR 2 9 2008

Clerk, U.S. District Court

By: _____
Deputy Clerk
(Seal of the Court)

CV-01A (01/01)                                                   SUMMONS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MIKEISHA BAKER<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV08-02789 AHM** VBKx<br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiffs' attorney, whose address is:

       **Jonathan G. Fetterly (SBN: 228612)**       **Phone: (213) 572-4300**
       **Jordan Susman (SBN: 246116)**          **Fax: (213) 572-4400**
       **HOLME ROBERTS & OWEN LLP**
       **777 South Figueroa Street, Suite 2800**
       **Los Angeles, CA  90017-5826**

an answer to the  ☒ complaint  ☐ _____ amended complaint  ☐ counterclaim  ☐ cross-claim which is herewith served upon you within 20 days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated:  **APR 2 9 2008** _____

Clerk, U.S. District Court
**LA'REE HORN**

By: _____

Deputy Clerk
*(Seal of the Court)*

CV-01A (01/01)                    SUMMONS

*1192*

**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| UMG RECORDINGS, INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS | MIKEISHA BAKER |

| (b) County Of Residence Of First Listed Plaintiff (Except In U.S. Plaintiff Cases) | County Of Residence Of First Listed Defendant (In U.S. Plaintiff Cases Only) |
|---|---|
| Los Angeles County, CA | LOS ANGELES |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | Attorneys (If Known) |
|---|---|
| Jonathan G. Fetterly (SBN: 228612)  Phone: (213) 572-4300  HOLME ROBERTS & OWEN LLP  Fax: (213) 572-4400  777 South Figueroa Street, Suite 2800  Los Angeles, CA  90017-5826 | |

### II. BASIS OF JURISDICTION (Place an "X" in one box only)

- □ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- □ 2 U.S. Government Defendant
- □ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an "X" in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

### IV. ORIGIN (Place an "X" in one box only)

- ☒ 1 Original Proceeding
- □ 2 Removed from State Court
- □ 3 Remanded from Appellate Court
- □ 4 Reinstated or Reopened
- □ 5 Transferred from another district (specify)
- □ 6 Multi-district Litigation
- □ 7 Appeal to District Judge from Magistrate Judge

### V. REQUESTED IN COMPLAINT   JURY DEMAND □ Yes ☒ No (Check "Yes" only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23:  □ Yes ☒ No   □ MONEY DEMANDED IN COMPLAINT: $_____

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 501 et seq. – copyright infringement

### VII. NATURE OF SUIT (Place an "X" in one box only)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 530 General | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 535 Death Penalty | □ 740 Railway Labor Act |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | | □ 540 Mandamus/ Other | □ 790 Other Labor Litigation |
| □ 470 Racketeer Influenced and Corrupt Organizations | □ 151 Medicare Act | □ 345 Marine Product Liability | BANKRUPTCY | □ 550 Civil Rights | □ 791 Empl. Ret. Inc. Security Act |
| □ 480 Consumer Credit | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 350 Motor Vehicle | □ 422 Appeal 28 USC 158 | □ 555 Prison Condition | PROPERTY RIGHTS |
| □ 490 Cable/Sat TV | | □ 355 Motor Vehicle Product Liability | □ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☒ 820 Copyrights |
| □ 810 Selective Service | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 360 Other Personal Injury | CIVIL RIGHTS | □ 610 Agriculture | □ 830 Patent |
| □ 850 Securities/Commodities /Exchange | □ 160 Stockholders' Suits | □ 362 Personal Injury-Med Malpractice | □ 441 Voting | □ 620 Other Food & Drug | □ 840 Trademark |
| □ 875 Customer Challenge 12 USC 3410 | □ 190 Other Contract | □ 365 Personal Injury-Product Liability | □ 442 Employment | □ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | □ 368 Asbestos Personal Injury Product Liability | □ 443 Housing/Acco-mmodations | □ 630 Liquor Laws | □ 861 HIA (1395ff) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | | □ 444 Welfare | □ 640 R.R. & Truck | □ 862 Black Lung (923) |
| □ 893 Environmental Matters | REAL PROPERTY | | □ 445 Amer. w/Disabilities-Employment | □ 650 Airline Regs | □ 863 DIWC/DIWW (405(g)) |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | | □ 446 Amer. w/Disabilities-Other | □ 660 Occupational Safety /Health | □ 864 SSID Title XVI |
| □ 895 Freedom of Information Act | □ 220 Foreclosure | | □ 440 Other Civil Rights | □ 690 Other | □ 865 RSI (405(g)) |
| □ 900 Appeal of Fee Deter-mination Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| □ 950 Constitutionality of State Statutes | □ 240 Torts to Land | | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| □ 890 Other Statutory Actions | □ 245 Tort Product Liability | | | | □ 871 IRS-Third Party 26 USC 7609 |
| | □ 290 All Other Real Property | | | | |

VII(a)   IDENTICAL CASES: Has this action been previously filed and dismissed, remanded or closed?  ☒ No.  □ Yes
If yes, list case number(s):

FOR OFFICE USE ONLY:  Case Number: _____

CV-71 (01/03)                    **CIVIL COVER SHEET**                    Page 1 of 2

CV08-02789

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES**: Have any cases been previously filed that are related to the present case?  ☒ No  ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B. Involve the same or substantially the same parties or property;

☐ C. Involve the same patent, trademark or copyright;

☐ D. Call for determination of the same or substantially identical questions of law, or

☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE**: List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

**Los Angeles and New York. See Attachment A**

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

**Los Angeles**

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

**Los Angeles, New York and Los Angeles**

**X. SIGNATURE OF ATTORNEY (OR PRO PER)**: _____ Date April 29, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### **ATTACHMENT A**

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404
County of Los Angeles

SONY BMG MUSIC
ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211
County of New York

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001
County of New York

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404
County of Los Angeles